In the Matter of the Claim of CHARLES WANAMAKER, Respondent, against BURTON SELFRIDGE, Doing Business as EMPIRE SCAFFOLDING & LADDER COMPANY, Respondent, and LUMBER MUTUAL CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

Argued March 6, 1941; decided April 17, 1941.

*George S. Collins* and *Bruce Bromley* for appellant.

*Sanford Green* for claimant, respondent.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* and *Joseph A. McLaughlin* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.